159 So. 886
Fred CHRISTOPHER et al. v. Ola GOODE.
8 Div. 569.

Supreme Court of Alabama.

Jan. 24, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution. See, also, 226 Ala. 338, 146 So. 881.

## 2

159 So. 886
John Billie COLEMAN v. STATE.
8 Div. 611.

Supreme Court of Alabama.
Jan. 24, 1935.

PER CURIAM.
Appeal dismissed by appellant.

## 3

161 So. 925
Ruby EDWARDS v. STATE.
6 Div. 624.

Supreme Court of Alabama.
April 25, 1935.

PER CURIAM.
There is no bill of exceptions in this case, and no error appearing upon the record proper, the judgment of the circuit court is affirmed.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

## 4

159 So. 886
Ex parte G. M. GILCHRIST.
8 Div. 571.

Supreme Court of Alabama.
Jan. 24, 1935.

E. W. Godbey, of Decatur, for petitioner.

PER CURIAM.
Petition dismissed by petitioner.

## 5

160 So. 916
R. B. GOING v. Francis B. LATADY.
6 Div. 646.

Supreme Court of Alabama.
April 16, 1935.

PER CURIAM.
Appeal dismissed by appellant.